PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00068-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: July 10, 2017 |
| MANJINDER DHALIWAL, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a status conference on July 10, 2017.

2. The United States is in the process of conducting discovery and gathering evidence including laboratory test information that will be relevant to the parties' trial preparation and/or a potential resolution in this case. Given these circumstances, the parties seek to continue the status conference.

3. By this stipulation, the parties now jointly move to continue the status conference to August 23, 2017 at 2 p.m.

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 5, 2017　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ *Robert J. Artuz*
　　　　　　　　　　　　　　　　　　　　　ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

Dated: July 5, 2017　　　　　　　　　　　　/s/ *Linda Allison*
　　　　　　　　　　　　　　　　　　　　　LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　Manjinder Dhaliwal

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to August 23, 2017 at 2 p.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

SO FOUND AND ORDERED this 6th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE