HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710
linda_allison@fd.org

Attorneys for Defendant
MANJINDER DHALIWAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>MANJINDER DHALIWAL,<br><br>  Defendant. | Case No. 17-CR-0068-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL CONFIRMATION HEARING AND JURY TRIAL<br><br>Date:  August 14, 2017<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ, Chief Assistant Federal Defender LINDA C. ALLISON attorney for MANJINDER DHALIWAL, that the Court vacate the status conference hearing set for August 14, 2017, and set a trial confirmation hearing for October 23, 2017 at 2:00 p.m., and a jury trial be set for November 13, 2017 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time investigate and to prepare for trial and ensure witness availability.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 23, 2016, for defense

-1-

preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: August 4, 2017                          Respectfully submitted,

                                                        HEATHER WILLIAMS
                                                        Federal Defender

*/s/Linda Allison*
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
MANJINDER DHALIWAL

Dated: August 4, 2017                          PHILLIP A. TALBERT
                                                        United States Attorney

*/s/ Linda C. Allison for*
ROBERT ARTUZ
Special Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, August 4, 2017 up to and including October 23, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered

/ / /

/ / /

/ / /

-2-

that the August 14, 2017 status conference be vacated and a trial confirmation hearing be set for October 23, 2017 at 2:00 p.m. and a jury trial be set for November 13, 2017 at 9:30 a.m.

Dated: August 7, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE