| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON |
| | Assistant Federal Defender, #179741 |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700  Fax: 916-498-5710 |
| | linda_allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MANJINDER DHALIWAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-0068-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE PROCEEDINGS, SET A |
| vs. | ) TRIAL CONFIRMATION HEARING AND A |
| | ) JURY TRIAL |
| MANJINDER DHALIWAL, | ) |
| | ) Date: January 16, 2017 |
| Defendant. | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ, Assistant Federal Defender LINDA C. ALLISON attorney for MANJINDER DHALIWAL, that the Court vacate the current trial confirmation hearing set for October 23, 2017 at 2:00 p.m., and the jury trial set for November 13, 2017 at 9:30 a.m., and set a trial confirmation hearing for January 16, 2018 at 2:00 p.m. and a jury trial for March 6, 2018 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to investigate and to prepare for trial and ensure witness availability.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

-1-

the Court should exclude time from the date of this order through January 16, 2018, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

Dated: October 16, 2017

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/Linda C. Allison*
                              Assistant Federal Defender
                              Attorney for Defendant
                              MANJINDER DHALIWAL

Dated: October 16, 2017                PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Robert Artuz*
                              ROBERT ARTUZ
                              Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

The court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties, and good causing appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 12, 2017 up to and including January 16, 2018, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A), (B)(iv) and Local Code T4 [reasonable time for counsel to prepare]. It is further ordered that the October 23, 2017 at 2:00 p.m. trial confirmation hearing and jury trial set for November 13, 2017 at 9:30 a.m. be vacated, a new trial confirmation hearing be set for January 16, 2018 at 2:00 p.m., and a jury trial be set for March 6, 2018 at 9:30 a.m.

Dated: October 23, 2017

EDMUND F. BRENNAN
United States Magistrate Judge