PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00068-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL |
| v. | |
| MANJINDER DHALIWAL, | DATE: January 16, 2017<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a trial confirmation hearing on January 16, 2018 and a jury trial on March 6, 2018. By this stipulation, the parties now jointly move to continue the trial confirmation hearing to March 26, 2018 at 2 p.m. and the jury trial to April 16, 2018 at 9:30 a.m.

2. The United States intends to produce additional discovery for the defense's review including but not limited to a summary of an expert's anticipated testimony and opinions and the bases for those opinions. The defense needs additional time to review this discovery, consult with one or more experts, and prepare for trial.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to

§ 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 28, 2017                              PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ *Robert J. Artuz*
                                                       ROBERT J. ARTUZ
                                                       Special Assistant U.S. Attorney


Dated:  December 28, 2017                              /s/ *Robert J. Artuz for*
                                                       LINDA ALLISON
                                                       Assistant Federal Defender
                                                       Counsel for Defendant
                                                       Manjinder Dhaliwal

                                                       By agreement via email

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the trial confirmation hearing is continued to March 26, 2018 at 2 p.m. and the jury trial is continued to April 16, 2018 at 9:30 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare for trial for the stipulated reasons outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the date of this order through March 26, 2018.

FOUND AND ORDERED this 3rd day of January 2018.

*[signature]*

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE