1 MCGREGOR W. SCOTT
United States Attorney
2 ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3 ERIC J. CHANG
Special Assistant U.S. Attorney
4 501 I Street, Suite 10-100
Sacramento, CA 95814
5 Telephone: (916) 554-2700

6 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00068-EFB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | DATE: March 26, 2018 |
| MANJINDER DHALIWAL | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Edmund F. Brennan |

### [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the trial and hearing dates are vacated as set forth above, and a change of plea hearing is set for March 19, 2018 at 10:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded until March 19, 2018.

FOUND AND ORDERED this 22nd day of February, 2018.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: VACATE TRIAL CONFIRMATION AND MOTION
HEARING AND JURY TRIAL, AND SET CHANGE OF PLEA