| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MANJINDER S. DHALIWAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-0068-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE CHANGE OF PLEA |
| v. | ) | HEARING |
| | ) | |
| MANJINDER S. DHALIWAL | ) | |
| | ) | DATE: March 27, 2018 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: EDMUND F. BRENNAN |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC CHANG, Assistant Federal Defender LINDA C. ALLISON, attorney for MANJINDER S. DHALIWAL, that the change of plea hearing scheduled for March 19, 2018, be continued to March 27, 2018 at 2:00 p.m.

Defense counsel requests a continuance because the defendant is employed out of town on March 19, 2018.

It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act be excluded from computation of time pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(3)(A), and Local Code M. Further, the ends of justice served in granting the

-1-

| | |
|---|---|
| 1 | continuance and allowing the defendant further time to consult with his counsel outweigh the |
| 2 | best interests of the public and the defendant to a speedy trial. |

Dated: March 9, 2018                                      Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Linda C. Allison*
                                           LINDA C. ALLISON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MANJINDER S. DHALIWAL

Dated: March 9, 2018                                      MCGREGOR W. SCOTT
                                           United States Attorney

                                           */s/ Linda C. Allison for*
                                           ERIC CHANG
                                           Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED, that the change of plea hearing date is continued to March 27, 2018 at 2:00 p.m.  The Court further finds that time under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (h)(3)(A), and Local Code M, and that the ends of justice served in granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded until March 27, 2018.

DATED: March 12, 2018.

                                           HON. EDMUND F. BRENNAN
                                           United States Magistrate Judge